IN THE UNITED STATES DISTRICT COURT
FOR THE ___Southern___ DISTRICT OF ___Florida___
_____ DIVISION
*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

FILED BY _____ D.C.

SEP 18 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**Lecharles Rashael Coakley**
_____
_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

**City of Hollywood**
_____
_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violation of Civil
Rights**
(Non-Prisoner Complaint)

Case No. ___19-cv-2328 Gayles___
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting
from public access to electronic court files. Under this rule, papers filed with the court should
*not* contain: an individual's full social security number or full birth date; the full name of a
person known to be a minor; or a complete financial account number. A filing may include
*only*: the last four digits of a social security number; the year of an individual's birth; a
minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an
application to proceed in *forma pauperis*.

I.      **The Parties to This Complaint**

   A.      **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

   | | |
   |---|---|
   | Name | LeCharles Rashad Coakley |
   | Street Address | 2020 Scott St |
   | City and County | Hollywood, Broward |
   | State and Zip Code | FL, 33020 |
   | Telephone Number | 954-477-2417 + 954-347-4767 |
   | E-mail Address | 2mswhom324@gmail.com |

   B.      **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | City of Hollywood |
   | Job or Title (if known) | |
   | Street Address | 2600 Hollywood Blvd |
   | City and County | Hollywood, Broward |
   | State and Zip Code | FL, 33020 |
   | Telephone Number | |
   | E-mail Address (if known) | |

   ☐  Individual capacity          ☐  Official capacity

   Defendant No. 2

   | | |
   |---|---|
   | Name | Brian Kalish |
   | Job or Title | Police officers HWDPD |

2

(if known)
Street Address     3250  Hollywood  Blvd
City and County    Hollywood , Broward
State and Zip Code   FL, 33020
Telephone Number
E-mail Address
(if known)

☐   Individual capacity        ☐   Official capacity

Defendant No. 3

Name               Steven  Kastner, Angela Druba
Job or Title       Police  officers  HWD PD
(if known)
Street Address     3250  Hollywood  BlVD
City and County    Hollywood  Broward
State and Zip Code   FL 37020
Telephone Number
E-mail Address
(if known)

☐   Individual capacity        ☐   Official capacity

Defendant No. 4

Name               Michael  Mackay, Christoper Alban
Job or Title       Police  officers  HWD PD
(if known)
Street Address     3250  Hollywood, BlVD
City and County    Hollywood  BBroward
State and Zip Code   FL, 33020
Telephone Number
E-mail Address
(if known)

☐   Individual capacity        ☐   Official capacity

3

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐   Federal officials (a *Bivens* claim)

☑   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Judges order
violation of forth Admendment right

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All officers engaged in Deadly Force
~~scratched out~~

III.   **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

2222 McKinley St  Hollywood FL 33020
Backyard
Insid wooden gate

B.   What date and approximate time did the events giving rise to your claim(s) occur?

7-9-16  Approximately  0027 HRS

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

~~Claim for excessive use of force malculation of rights~~
officers came in contact with plantiff in spinal position.
with exes on extreamly huge K-9, officer Kastner
sucker punches me, while officer Kalish ties rope
around my left foot and drags me. All other officer
began kicking and punching me. While the K-9 is
biting my left leg, foot and Ankle, officer Angel Druba
pulls out and beat me with a stick. officers Alban
~~continue~~ continue throwing head Blows. For about 30 seconds
until ankle dislocated.
Disposition of charges in court, Along with Judges order
of violation of forth Admendment right
Surgery Done on left ankle

※ Claim For excessive use of force in
violation of rights under the forth Amendment ※

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Surgery
Pain menagment — Pain Clinic
Physical Therapy
Psychiatrist treatment ( PTSD ) (Depression)
X-ray MRI's
OrthoPAEDic Visits
Multi Pain med daily
Skin affected from animal bite — Deadly

## V.   Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Recovery  of  Damages
Compensatory damages — 9,000,000
Pain and suffers, lost wages, lost of limb, emotional distress
Punitive damages — 9,000,000
Deadly Force was used when not needed for

Damages totaling  18,000,000

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/18 , 20 19 .

Signature of Plaintiff _____

Printed Name of Plaintiff LeCharles Coakley _____

**B.**    **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
E-mail Address _____

[X] 17th Judicial Circuit in and for Broward County
[ ] In the County Court in and for Broward County

**CLOCK IN**
Filed in Open Court,

ON _12- ꝰꝭ/17_

BY _____

**DIVISION:**
[X] Criminal
[ ] Traffic
[ ] Other

# ORDER

THE STATE OF FLORIDA VS.

_Coakley de Charles_

**DEFENDANT**

**CASE NUMBER**

_16-6540M H10A_

CHARGE

1 - Resist/Obstruct W/o Viol
2 - Trespass Struct/Conveyance
3 - Prowling / Joitening

DEFENSE MOTION TO _Suppress_ ............................ **IS HEREBY**

_Harlew_ ............ **FOR REASONS AS STATED ON THE RECORD**

IN OPEN COURT. _Court Relies on C.E.L. +_

_State of FLA 24.50.3d.1181 (Dec. 17, 2009)_

_State failed to Establish evidentry Basis_

_for well founded Reasonable Suspicion to Command_

_Dy to Stop. the Court finds the Seyain was in_

DONE AND ORDERED THIS _14_ DAY OF _Dec_ , 20 _17_ , IN

BROWARD COUNTY, FLORIDA.

_____

**JUDGE**

_violation of the fourth Andment Rgts U.S.A. and_
_Suais stated on the Record_

COPIES:   BSO - SAO

ICC '12-19 ORDER DEFENSE MOTION

COUNTY COURT DISPOSITION ORDER IN AND FOR BROWARD COUNTY, FLORIDA

DATE 1/21/17 CASE NO 16 006540 MM10A ARREST NO_____ BCCN NO_____

State of Florida vs. Coakley, Lecharles Rashad

Cash Bond/Surety_____ Amount $_____ Estreated_____ Vacated_____ Return to Dep

Cash Bond/Surety_____ Amount $_____ Estreated_____ Vacated_____ Return to Dep

[ ] Magistrate          [ ] First VOP                        [ ] Convicted by Jury_____   [ ] Adj. Guilty_____
[ ] Arraignment         [ ] Final VOP                        [ ] Convicted by Court_____  [ ] Adj. Withheld_____
[ ] Change of Plea      [ ] Admits/Denies Allegations        [ ] Acq. by Jury_____        [ ] Dismissed_____
[ ] Trial by Jury       [ ] Guilty                           [ ] Acq. by Court_____       [✓] Nolle Pros I-II-III
[ ] Trial by Court      [ ] No Contest                       [ ] Directed Verdict_____    [ ] No Info_____
                                                             [ ] Judgment of Acquittal_____

CHARGES: 1- Resist obstruct w/o violence
2- Trespass struct. / Conveyance
3- Prowling / Loitering

SENTENCE:
COUNT(S)_____ Reporting/Administrative Probation:_____ months with special conditions:
[ ] DUI School Level_____
[ ] License suspended_____
[ ]_____ Days immobilization by:_____
[ ] Random breath/urine analysis at defendant's expense
[ ] May work off fine/costs at $_____ per hour
[ ] May buy out community service at $_____ per hour
[ ] Hours of community service_____
[ ] No alcohol or intoxicants while on probation
[ ] AA/NA meeting(s) per week_____   [ ] Evaluation, treatment and therapy, if necessary
[ ] Pay all outstanding fine/costs on Driver's License Record
[ ] Time served_____ days on Count(s)_____
[ ]_____ Days Broward County Jail with credit for_____ days time served
[ ] No contact directly/indirectly with victim(s) or victim(s) family or others listed below
[ ] All fines/costs are separate and apart from probation
[ ] All fines/costs imposed are a condition of probation on Count(s):_____
[ ] All special conditions of probation must be met by the _____ month of probation_____
[ ] DHSMV is directed to revoke defendant's license for 1 year pursuant to F.S 322.055
[ ] Anger Management_____
[ ] Interlock Device_____
[ ] Justice for life  [ ] PTE  [ ] MADD/Victim Impact Panel  [ ] Shoplifter's Program_____
[ ] $_____ COS waived/imposed
[ ] Partial payments accepted
[ ] Fines/cost converted to civil lien/judgment
[ ] Probation: Revoked-Terminated-Reinstated_____
[ ] Early termination of probation upon completion of all conditions
[ ] DDS_____ hours_____
[ ] Other:_____

JUDGE:_____                          DEPUTY CLERK:_____

Revised 06/2015

**COMPLAINT AFFIDAVIT**

SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

☒ ARREST FORM

BROWARD COUNTY
ARREST #

OBTS #

| Filing Agency HOLLYWOOD PD | Offense Report 33-1607-118870 | Local ID # | FDLE | ISS # |
| --- | --- | --- | --- | --- |

| Defendant's Last Name COAKLEY | First LECHARLES RASHAD | Middle | SUF | Alias/Street Name | Citizenship US |
| --- | --- | --- | --- | --- | --- |

| Race B | Sex M | Hgt 5'10 | Wgt 185 | Hair BLACK | Eyes BROW | Comp DARK | Age 29 | DOB 03/12/1987 | Birth Place CHARLESTON, SC |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Permanent Address: 1921 HAYES ST, HOLLYWOOD, FL 33020
Scars Marks TT
TAT R ARM/NAV, TAT L ARM/NAV, TAT L

| Residence Type (1) City (2) County (3) Florida (4) Out of State | Local Address 1921 HAYES ST, HOLLYWOOD, FL 33020 | Place of Employment | Length |
| --- | --- | --- | --- |

| How long defendant in Broward County 10 | Breathalyser By/CCN | Reading | Place of Arrest 2222 MCKINLEY ST | Date/Time Arrested 07/09/2016 00 27 | Arresting Officer(s) CCN KASTNER, STEVEN (3297) |
| --- | --- | --- | --- | --- | --- |

| Officer Injured Y ☐ N ☒ | Unit | Zone | Beat | Shift | Trans Unit | PMD Y ☐ N ☐ | Transporting Officer/CCN MACKAY | Pick-up Time | Time Arrived/BSO |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| TYPE / ACTIVITY | Type N-N/A A-Amphetamine B-Barbiturate C-Cocaine | E-Heroin H-Hallucinogen M-Marijuana O-Opium/Denv | P-Paraphernalia/ Equipment S-Synthetic U-Unknown Z-Other | Activity N-N/A P-Possess S-Sell B-Buy | T-Traffic A-Smuggle D-Deliver E-Use | M-Manufacture/ Produce/Cultivate K-Dispense/ Distribute Z-Other | Indication of Alcohol Influence | Y N UK ☐ ☒ ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | | | | | | | Drug Influence | ☒ ☐ ☐ |

Attach Defendant's Photo

| Defendant's Vehicle Make: | | Type | Year | Color | VIN # |
| --- | --- | --- | --- | --- | --- |
| Vehicle Towed To | | | Tag # | Other identifiers or remarks | |

Name of victim(s) (if corporation exact legal name and state of incorporation)
State Of Florida

| Count # | Offenses Charged | WC# / Citation # (if applicable) | FS or Capias/Warrant # |
| --- | --- | --- | --- |
| 1 | RESIST OFFICER-OBSTRUCT WO VIOLENCE | | 843 02 |
| 1 | TRESPASSING-STRUCTURE OR CONVEYANCE | | 810 08-2A |
| 1 | LOITERING OR PROWLING | | 856 021 |
| | | | |

### Probable Cause/Affidavit

Before me this date personally appeared KASTNER, STEVEN (3297) who being first duly sworn deposes and says that on 9 day of July (year) 2016 at 2111 ROOSEVELT ST, HOLLYWOOD, FL 33020 (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows

ON SATURDAY, JULY 9TH, 2016 AT APPROXIMATELY 0027 HRS, I WAS ASSIGNED TO THE HOLLYWOOD POLICE PATROL UNIT, RIDING AS A TWO MAN UNIT WITH OFFICER M MACKAY #3486 AT THE TIME, BOTH OFFICERS WERE WEARING FULL HOLLYWOOD POLICE UNIFORM WITH A BADGE AFFIXED TO THE FRONT OF OUR SHIRTS AND HOLLYWOOD POLICE PATCHES ON OUR SHIRT SLEEVES, READILY IDENTIFYING OURSELVES AS LAW ENFORCEMENT OFFICERS

**\* \* \* Continued \* \* \***

I swear the above statement is correct and true to the best of my knowledge and belief

| Officer/Affiant's Signature #3297 | KASTNER, STEVEN (3297) Officer's Name/CCN | Patrol Officer's Division |
| --- | --- | --- |

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this 9 day of July 2016 (year),
by OFFICER KASTNER, STEVEN (name and title) who is personally known to me or has produced

_____ 3986 as identification
Notary Public Deputy Clerk of the Court or Assistant State Attorney

OFL 3986
Title/Rank and CCN

M. Mackay
Print Type or Stamp Commissioned Name of Notary Public

Seventeenth Judicial Circuit
Broward County
State of Florida

(SEAL)

FIRST APPEARANCE/ARREST FORM

BSO DB-#2 (Revised 05/00)

(SHOULD ADDITIONAL SPACE BE NEEDED, USE THE PROBABLE CAUSE AFFIDAVIT CONTINUATION (BSO DB#2a))

| 1st - Ong - Court |
| 2nd - State Attorney |
| 3rd - Filing Agency |
| 4th - Arresting Agency |

**COURT COPY**

SP/CO/29/54-1107

WC-16400

☐ **COMPLAINT AFFIDAVIT**
PROBABLE CAUSE AFFIDAVIT CONTINUATION

☒ ARREST FORM

BROWARD COUNTY
ARREST #

OBTS #

| Filing Agency | Offense Report | Local ID # | FDLE # | FBI # | SS # | |
|---|---|---|---|---|---|---|
| **HOLLYWOOD PD** | 33-1607-118870 | | | | | |

| Defendant's Last Name | First | Middle | SUF | Alias/Street Name | Citizenship |
|---|---|---|---|---|---|
| **COAKLEY** | **LECHARLES** | **RASHAD** | | | **US** |

Name of victim(s) (if corporation  exact legal name and state of incorporation)

| Count # | Offenses Charged | WC# / Citation # (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| | * * * *SEE PAGE 1* * * | | |
| | | | |
| | | | |
| | | | |

**Probable Cause Affidavit**

Before me this date personally appeared   **KASTNER, STEVEN  (3297)**                who being first duly sworn deposes and says that on
__9__ day of __July__ , (year) __2016__  at  **2111 ROOSEVELT ST, HOLLYWOOD, FL 33020**                (crime location)
the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows

ON THE ABOVE DATE AND TIME, OFFICER MACKAY AND I WERE IN THE AREA OF N DIXIE HWY/ TAFT ST  WHILE TRAVELING WESTBOUND ON TAFT ST, I OBSERVED WHAT APPEARED TO BE A BLACK MALE WEARING ALL BLACK IN WEST ALLEY WAY OF N DIXIE HWY WALKING SOUTHBOUND. THE MALE THEN QUICKLY DISAPPEARED NEAR THE SOUTH ALLEY WAY OF TAFT ST AS IF HE WAS ATTEMPTING TO AVOID POLICE CONTACT  IT SHOULD BE NOTED THAT THE AREA IN WHICH THE MALE WAS IN IS A RESIDENTIAL AREA WITH SINGLE FAMILY HOMES AND WHERE NUMEROUS VEHICLE BURGLARIES HAVE OCCURRED  I THEN CONTINUED TRAVELING WESTBOUND ON TAFT ST IN MY POLICE VEHICLE IN AN ATTEMPT TO GET INTO A FIXED, TACTICAL POSITION IN ORDER TO LOCATE THE MALE AND CONTINUE SURVEILLING HIS ACTIONS. OFFICER MACKAY AND I THEN PARKED IN THE REAR OF 2111 ROOSEVELT ST  IT SHOULD BE NOTED THAT 2111 ROOSEVELT ST IN A MULTI-APARTMENT COMPLEX IN WHICH OFFICERS HAVE MADE RESPONDED TO VIOLENT CALLS FOR SERVICE IN RECENT WEEKS OFFICERS AND MEMBERS OF THE STREET CRIMES UNIT HAVE ALSO MADE SEVERAL NARCOTICS ARRESTS FROM SUBJECTS ENTERING AND LEAVING THE SAME APARTMENT COMPLEX

I THEN PARKED MY VEHICLE IN THE NORTH ALLEY WAY OF 2111 ROOSEVELT ST AND BEGAN TO WALK ON FOOT  I OBSERVED WHAT APPEARED TO BE THE SAME BLACK MALE WEARING A BLACK SHIRT AND DARK PANTS TO BE STANDING NEAR THE FRONT OF THE APARTMENT COMPLEX LOOKING AROUND  AS I ENTERED THE COURTYARD OF THE COMPLEX, THE MALE, WHO IS LATER IDENTIFIED AS LECHARLES COAKLEY, LOOKED BACK AT ME AGAIN, REACHED INTO HIS PANT POCKET, AND BEGAN TO RUN WESTBOUND AWAY FROM OFFICERS  I THEN YELLED "POLICE, STOP," HOWEVER COAKLEY REFUSED TO OBEY MY COMMANDS AND CONTINUED RUNNING WESTBOUND ON ROOSEVELT ST TOWARD N 22ND AVENUE IT SHOULD BE NOTED THAT COAKLEY WAS CONTINUOUSLY ATTEMPTING TO REACH FOR AND OBTAIN OR DISCARD AN UNKNOWN OBJECT FROM HIS WAISTBAND AREA WHILE IN THE 2100 BLOCK OF ROOSEVELT COAKLEY THEN BEGAN TO RUN SOUTHBOUND ON N 22ND AVENUE, AND WESTBOUND IN THE SOUTH ALLEY WAY OF ROOSEVELT ST (2200 BLOCK)  IT SHOULD BE NOTED THAT I CONTINUOUSLY KEPT

* * * Continued * * *

I swear the above statement is correct and true to the best of my knowledge and belief

Officer/Affiant's Signature      **3297**     Officer's Name/CCN  **KASTNER, STEVEN  (3297)**     Officer's Division  **Patrol**

STATE OF FLORIDA
COUNTY OF BROWARD
Sworn to (or affirmed) and subscribed before me this ___9___ day of _____July_____ , ___2016___ (year),
by   **OFFICER KASTNER, STEVEN**          (name and title) who is personally known to me or has produced
                                                                                     as identification

Notary Public  Deputy Clerk of the Court  or Assistant State Attorney  **3986**     Title/Rank and CCN  **OFC  3986**

Pnnt  Type or Stamp Commissioned Name of Notary Public  **M. Mackay**                (SEAL)

Seventeenth Judicial Circuit
Broward County
State of Florida

FIRST APPEARANCE/ARREST FORM

BSO DB-#2a (Revised 05/00)

**COURT COPY**

Ong   Court
2nd   State Attorney
3rd   Filing Agency
4th   Arresting Agency

☐ **COMPLAINT AFFIDAVIT**
PROBABLE CAUSE AFFIDAVIT CONTINUATION

☒ ARREST FORM

BROWARD COUNTY
ARREST #                                                                                                                    OBTS #

| Filing Agency HOLLYWOOD PD | Offense Report 33-1607-118870 | Local ID # | FDLE | GBI | SS # | |
|---|---|---|---|---|---|---|
| Defendant's Last Name COAKLEY | First LECHARLES | Middle RASHAD | SUF | Alias/Street Name | | Citizenship US |

Name of victim(s) (if corporation  exact legal name and state of incorporation)

| Count # | Offenses Charged | WC# / Citation # (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| | ***SEE PAGE 1*** | | |
| | | | |
| | | | |

**Probable Cause Affidavit**

Before me this date personally appeared   KASTNER, STEVEN  (3297)                                                   who being first duly sworn deposes and says that on

9  day of   July  , (year)   2016   at   2111 ROOSEVELT ST, HOLLYWOOD, FL 33020                                   (crime location)
the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows

YELLING "POLICE, STOP" AS I CONTINUED PURSUING COAKLEY  COAKLEY THEN BEGAN RUNNING
SOUTHBOUND THROUGH THE HOUSES, CROSSING MCKINLEY ST IN THE 2200 BLOCK  I THEN LOST
SIGHT OF THE COAKLEY IN THE MIDBLOCK OF MCKINLEY ST (SOUTH SIDE)  IT WAS AT THIS POINT
THAT OTHER PATROL UNITS RESPONDED TO TAKE UP PERIMETER POSITIONS IN THE AREA  A SHORT
TIME LATER, K-9 OFFICER KALISH #3197 AND HIS K-9 PARTNER "BLAZE" ARRIVED ON SCENE  K-9
OFFICER KALISH SUBSEQUENTLY LOCATED COAKLEY IN THE REAR OF 2222 MCKINLEY ST  (SEE
SUPPLEMENT)  COAKLEY WAS PLACED INTO HAND RESTRAINTS BY OFFICER C  ALBAN AND I  I THEN
POSITIVELY IDENTIFIED COAKLEY AS THE MALE THE FLED FROM ME

COAKLEY WAS TRANSPORTED TO THE MEMORIAL REGIONAL HOSPITAL FOR MEDICAL CLEARANCE  WHILE
AT THE HOSPITAL, COAKLEY WAS READ HIS MIRANDA RIGHTS VIA PREPARED TEXT  COAKLEY ADVISED
THAT HE UNDERSTOOD HIS RIGHTS  I THEN ASKED COAKLEY WHY HE RAN FROM ME, AT WHICH POINT
HE STATED THAT HE THOUGHT HE HAD A WARRANT  I THEN ASKED COAKLEY WHY HE WAS AT 2111
ROOSEVELT ST, AT WHICH POINT HE STATED THAT HIS GIRLFRIEND LIVES THERE  WHEN ASKED WHAT
HIS GIRLFRIENDS NAME WAS, HE STATED THAT HE DIDN`T REMEMBER. BASED ON COAKLEY`S
STATEMENTS, HE FAILED TO DISPEL MY ALARM AS TO WHY HE WAS IN THE AREA AND ON THE
PROPERTY OF A KNOWN DRUG LOCATION  IT SHOULD ALSO BE NOTED THERE IS A TRESPASS
AFFIDAVIT ON FILE FOR 2111 ROOSEVELT ST, ALLOWING ALL HOLLYWOOD POLICE OFFICERS TO
ENFORCE THE VIOLATION FOR ANYONE NOT LIVING ON THE PROPERTY  THE PROPERTY MANGER OF
2111 ROOSEVELT ST, ROBIN CRUISE, WAS UNABLE TO BE REACHED VIA PHONE DUE TO THE INCIDENT
OCCURRING IN THE EARLY HOURS OF THE MORNING  I HAVE BEEN IN CONTACT WITH THE PROPERTY
MANAGER IN RECENT WEEKS REGARDING NUMEROUS COMPLAINTS OF TRESPASSING AND NARCOTICS
USE/SALES OCCURRING AT THE ABOVE LOCATION  I ALSO ASKED COAKLEY WHY HE ATTEMPTED TO
AVOID OFFICERS IN A MARKED UNIT WHILE IN THE WEST ALLEY WAY OF N  DIXIE HWY, AT WHICH
POINT HE REPLIED "IM SORRY OFFICER, IT WON`T HAPPEN AGAIN  I DON`T EVEN KNOW WHAT I WAS

* * * Continued * * *

I swear the above statement is correct and true to the best of my knowledge and belief

Officer/Affiant's Signature   3297                KASTNER, STEVEN  (3297)                     Patrol
                                                   Officer's Name/CCN                         Officer's Division

STATE OF FLORIDA
COUNTY OF BROWARD
Sworn to (or affirmed) and subscribed before me this   9   day of   July   ,   2016   (year).
by   OFFICER KASTNER, STEVEN          (name and title) who is personally known to me or has produced

                                                                           as identification

                   3986                                    OFC 3986
Notary Public  Deputy Clerk of the Court or Assistant State Attorney          Title/Rank and CCN

M Mackey
Print  Type or Stamp Commissioned Name of Notary Public

Seventeenth Judicial Circuit                                (SEAL)
Broward County
State of Florida

BSO DB-#2a (Revised 05/00)

FIRST APPEARANCE/ARREST FORM

**COURT COPY**

1st  - Court
2nd - State Attorney
3rd - Filing Agency
4th - Arresting Agency

☐ **COMPLAINT AFFIDAVIT**
PROBABLE CAUSE AFFIDAVIT CONTINUATION

☒ ARREST FORM

BROWARD COUNTY
ARREST #

OBTS #

| Filing Agency HOLLYWOOD PD | Offense Report 33-1607-118870 | Local ID # | FDLE # | FBI # | SS # | |
|---|---|---|---|---|---|---|
| Defendant's Last Name COAKLEY | First LECHARLES RASHAD | Middle SUF | | Alias/Street Name | | Citizenship US |

Name of victim(s) (if corporation exact legal name and state of incorporation)

| Count # | Offenses Charged | WC# / Citation # (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| | *** *SEE PAGE 1* *** | | |

**Probable Cause Affidavit**

Before me this date personally appeared ___KASTNER, STEVEN (3297)___ who being first duly sworn deposes and says that on

__9__ day of __July__, (year) __2016__ at __2111 ROOSEVELT ST, HOLLYWOOD, FL 33020__ (crime location)
the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows

DOING "

FEARING FOR THE SAFETY OF THE PROPERTY IN THE AREA, OTHER PATROL OFFICERS CONDUCTED A CANVASS OF THE AREA IN WHICH COAKLEY WAS SEEN TO ENSURE THAT NO BURGLARIES HAD OCCURRED AND THAT NO WEAPONS WERE DISCARDED   THE CANVASS WAS MET WITH NEGATIVE RESULTS

A ROUTINE CHECK THROUGH TELETYPE REVEALED THAT COAKLEY DID HAVE AN OUTSTANDING WARRANT OUT OF MIAMI-DADE FOR POSSESSION OF DANGEROUS DRUGS, HOWEVER, IT WAS NON-EXTRADITABLE

CRIME SCENE TECH LONKSI #3504 RESPONDED TO MEMORIAL REGIONAL HOSPITAL FOR PHOTOGRAPHS

COAKLEY WAS TRANSPORTED TO THE BSO MAIN JAIL

16 JUL 10 PM 1:

I swear the above statement is correct and true to the best of my knowledge and belief

___3297___        ___KASTNER, STEVEN (3297)___
Officer/Affiant's Signature        Officer's Name/CCN        Officer's Division        Patrol

STATE OF FLORIDA
COUNTY OF BROWARD
Sworn to (or affirmed) and subscribed before me this __9__ day of __July__, __2016__ (year),
by ___OFFICER KASTNER, STEVEN___ (name and title), who is personally known to me or has produced

_____ as identification

___3986___        ___3986___
Notary Public  Deputy Clerk of the Court  or Assistant State Attorney        Title/Rank and CCN

_____        (SEAL)
Print  Type or Stamp Commissioned Name of Notary Public

Seventeenth Judicial Circuit
Broward County        FIRST APPEARANCE/ARREST FORM
State of Florida

BSO DB-#2a (Revised 05/00)        **COURT COPY**

Ong - Court
2nd - State Attorney
3rd - Filing Agency
4th - Arresting Agency



# Henderson Behavioral Health

# Clinical Summary

**Patient Information**

Name: Coakley, Lecharles

Medical Record #: 1089678

Date of Birth: 5/12/1987

**Type of Visit:**

Office Visit Established

**Visit Information**

Date of Visit: 4/9/2019

Time of Visit: 01:15 PM

Practitioner: Roberts, Patricia

## Diagnoses

**Classification:** *Mental Health*

| Date of Diagnosis | Type of Diagnosis | Status: | Assessing Clinician | Ranking: | Description: |
|---|---|---|---|---|---|
| 02/13/2019 | Update | Active | "PATRICIA ROBERTS, APRN" | Primary | Major depressive disorder, recurrent episode, moderate |

## Current Medication(s)

| Date Prescribed | Medication | Dosage | End Date |
|---|---|---|---|
| 02/13/2019 | Quetiapine Fumarate | Take one half (0.5) tablets by mouth every morning AND one and one half (1.5) tablets at bedtime | 04/13/2019 |
| 02/13/2019 | PARoxetine HCl | Take one (1) tablet by mouth every morning | 04/13/2019 |
| 02/13/2019 | Gabapentin | Take one (1) capsule by mouth three times a day | 04/13/2019 |

## Allergies

| Date Noted | Allergy | Reaction |
|---|---|---|
| 02/13/2019 | Tylenol and Tylenol | Vomiting |

## Upcoming Appointments

| Date | Day of Week | Time | Practitioner | Appointment Status |
|---|---|---|---|---|
| | | No Upcoming Appointments | | |

## Office Location

Central Clinical OP ~ 330 SW 27TH AVENUE Fort Lauderdale, FL 33312-2051 ~ 954-791-4300



**Memorial Healthcare System**

Hollywood, FL 33021
954-518-5155

**Patient Name: Coakley, Lecharles**
**MRN:** 2229237   **CSN:** 5026870796
**DOB:** 3/12/1987   **AGE/SEX:** 29 yrs /
Male
**Status:**STAT
**Loc:Class:**Outpatient
**Dept:** MRHS MRI
MEMORIAL REGIONAL HOSPITAL
SOUTH

**Authorizing Provider:** Christopher Wong,
MD
Phone: 954-961-3500
Fax: 954-961-1835
Phys ID # 107140
**Attending Provider:**
Phone:
Fax:
Phys ID #

**Reason for Exam:** Left ankle instability
**Exam:** **MRI ankle left without IV contrast \ STAT**

**ACC# 32119057**
**12/01/2016  8:27 PM**

Interpreted by:
Benjamin Jay Freedman, MD

INTERPRETATION
PROCEDURE:  MRI ANKLE LEFT WITHOUT IV CONTRAST 12/1/2016 7:55 PM

CLINICAL HISTORY:  LEFT ANKLE INSTABILITY  .

TECHNIQUE:  Multiplanar multisequence nonenhanced MRI imaging of the left
ankle is performed on a high-field magnet.

PRIOR STUDY:  Radiographs July 09, 2016.

FINDINGS:

OSSEOUS STRUCTURES:  There is no localized bone marrow edema pattern to
suggest bone contusion, occult fracture or osteomyelitis.  No suspicious
focal osteolytic or blastic lesion.

Marrow fat pattern of the talar dome is unremarkable without osteochondral
injury.

JOINT SPACES:  Physiologic tibiotalar and subtalar joint fluid without
pathologic effusion.

TENDONS:  Trivial peroneal and tibialis posterior tenosynovitis.  Minimal
fluid in the flexor hallucis longus tendon sheath probably due to
communication with the joint space and within physiologic limits.



# AFTER VISIT SUMMARY

**Lecharles Coakley** MRN: 2229237

📅 8/28/2019  📍 Memorial Hospital Pembroke Surgical Services  📞 954-888-8464

## Instructions



**Need Help?**
Take all your medication as prescribed by your physician and keep a list of your medications with you at all times. Contact your primary physician before taking any medications you have at home that are not on this list and before taking any over-the -counter or herbal medications. Contact your physician or pharmacist about how to store your medications or how to dispose of any medications that are out of date or are no longer be taken.

 **No changes were made to your medications.**

🔁 CONTINUE taking your other medications
**Review details of your medication changes below.**



## Your Next Steps

📖 **Read**

☐ Read these attachments
- Epidural Steroid Injection (English)
- Epidural Steroid Injection  Care After (English)

**Once you get home ... if at any time you are having a true Medical Emergency, call 911 or go to the nearest Emergency Room.  If you have any of the below symptoms or health problems, or you have any questions or feel your condition has worsened, call your primary doctor:**
- Fever over 101 degrees Farenheit or 38.3 degrees Celsius.
- Difficult breathing.
- Nausea or vomiting.
- Increasing abdominal pain or distention.
- Bleeding from site.
- Excessive redness or swelling.
- Increase drainage or odor.
- Numbness, tingling of surgical or surrounding area, or extremity.

**Bring a copy of this document to your physician.**

## Allergies as of 8/28/2019

| | Reactions |
|---|---|
| **Nsaids (non-steroidal Anti-inflammatory Drug)** | |
| Pt reports that he is not allergic to Mobic. He has been taking it for a long time | |
| **Tylenol [acetaminophen]** | Diarrhea |

# Medication List

| | Take your NEXT dose at | Comments |
|---|---|---|
| **amLODIPine** 5 mg tablet<br>Commonly known as: NORVASC<br>Take 5 mg total (1 tablet) by mouth once daily | | |
| **cyclobenzaprine** 10 mg tablet<br>Commonly known as: FLEXERIL<br>Take 10 mg by mouth 3 times daily as needed for Muscle spasms | | |
| **FLUoxetine** 20 mg tablet<br>Commonly known as: PROZAC<br>Take 20 mg by mouth once daily | | |
| **gabapentin** 800 mg tablet<br>Commonly known as: NEURONTIN<br>Take 800 mg total (1 tablet) by mouth 3 times daily | | |
| **meloxicam** 15 mg tablet<br>Commonly known as: MOBIC<br>Take 15 mg by mouth once daily | | |
| **morphine sulfate** 15 mg immediate-release tablet<br>Commonly known as: MSIR<br>Take 15 mg by mouth every 6 hours as needed for Pain | | |
| **OLANZapine** 5 mg tablet<br>Commonly known as: ZyPREXA<br>Take 5 mg by mouth once daily | | |
| **PARoxetine** 20 mg tablet<br>Commonly known as: PAXIL<br>Take 20 mg by mouth every morning | | |
| **QUEtiapine** 50 mg tablet<br>Commonly known as: SEROQUEL<br>Take by mouth 2 times daily 50mg in AM<br>150mg @@ bedtime | | |
| **risperiDONE** 1 mg tablet<br>Commonly known as: RisperDAL<br>For: paranoia, auditory hallucinations<br>Take 1 mg total (1 tablet) by mouth 2 times daily<br>Indications: paranoia, auditory hallucinations | | |



# ORTHOPÆDIC
## ASSOCIATES OF SOUTH BROWARD, P.A.

Appointment Facility: Orthopaedic Assoc of South Broward, P.

**Current Medications**

**Not-Taking**
- Tramadol HCl 50 MG Tablet 1 tablet as needed Orally every 6 hrs
- Percocet 5-325 MG Tablet 1 to 2 tablet as needed Orally every 4- 6 hrs
- Mobic 7.5 MG Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

**Past Medical History**
Medical History Verified..

**Surgical History**
Denies Past Surgical History

**Family History**
Father: alive
Mother: alive
Paternal Grand Father: alive
Paternal Grand Mother: alive

**Social History**
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker.

N.K.D.A.

Denies Past Hospitalization

**Reason for Appointment**
1. *ANKLE PAIN LEFT

**History of Present Illness**
New symptom(s): ████████████████ who returns the office today for continued evaluation of his left ankle and left knee pain. He has a history of being attacked by a police for on separate occasions. The patient continues to complain of left ankle pain and states that he feels "unstable." He identifies pain as being at the anterior and anterolateral aspects of the ankle. He denies any fevers, chills, chest, shortness of breath. In addition, he complains of posterior knee pain. He is currently taking tramadol for pain. He states it does not always work for him.

**Vital Signs**
Ht 70 in, Wt 155 lbs, BMI 22.24 Index.

**Examination**
CQM Exceptions:
He is alert and oriented and appears in no acute distress. He demonstrates per removed and affect. He ambulates with a minimally antalgic gait in sandals.
Focused examination left lower extremity reveals no significant swelling. The overlying skin remains intact. The lacerations over his ankle have completely healed and always been healed. There is mild tenderness to palpation along the anterior, lateral, medial, and posterior aspects of the ankle. Demonstrates weakness with dorsiflexion, plantar flexion, inversion, and eversion. Sensation is otherwise grossly intact to light touch throughout and he has a negative anterior drawer test. He has a well-perfused foot.

**Assessments**
1. Acute left ankle pain - M25.572 (Primary)
2. Chondromalacia of left patella - M22.42

The patient is a 30-year-old man with complaints of subjective left ankle instability as well as left ankle pain. At this point, I've explained that his ankle MRI was completely benign and did not demonstrate any objective findings. In regards to his left knee, the patient is aware that he does have chondromalacia of his left patella and this was pre-

existing I did not think that this was made worse by a dog bite. He may have some nerve damage, however I am unable to really determine that. We will order a nerve conduction study in order to determine if she truly has nerve damage or not. He would have to followup with a neurologist in order to determine that, however.

Treatment

**1. Acute left ankle pain**
Referral To:Neurology
         Reason:nerve conduction study/EMG (left lower extremity)

Follow Up

4 Weeks



# ORTHOPÆDIC
## ASSOCIATES OF SOUTH BROWARD, P.A.

### Current Medications
**Not-Taking**
- Percocet 5-325 MG Tablet 1 to 2 tablet as needed Orally every 4- 6 hrs
- Mobic 7.5 MG Tablet 1 tablet Orally Once a day

### Past Medical History
Medical History Verified..

### Surgical History
Denies Past Surgical History

### Family History
Father: alive
Mother: alive
Paternal Grand Father: alive
Paternal Grand Mother: alive

### Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker.

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Reason for Appointment
1. *ANKLE PAIN LEFT

### History of Present Illness
New symptom(s):
   The patient is a 29-year-old man who returns to the office today for follow-up of his left ankle MRI. He still complains of left ankle pain as well as left knee pain which has been longstanding. The left ankle pain is located at the posteromedial aspect of the left ankle. He also experiences anterolateral left ankle pain that radiates from the ankle joint all the way up to about the mid leg. He denies any fever, chills, chest pain or shortness of breath. Originally, when I had evaluated him years ago, I had sent him for formal physical therapy of the left knee. The patient states that he was not able to go to that. He did go to the Memorial Up-Fund Primary Care Clinic yesterday.
   He has yet to follow-up with the pain management specialist because he had not been established through Memorial yet.
   D21.

### Vital Signs
Ht 70 in, Wt 150 lbs, BMI 21.52 Index.

### Examination
CQM Exceptions:
   GENERAL: He is alert and oriented and appears in no acute distress. He ambulates with an antalgic gait in regular shoes.
   LEFT LOWER EXTREMITY: Focused examination of the left lower extremity reveals no significant knee effusion. There are numerous healed scars over his knee as well as his leg and ankle from the police canine dog bites. He has near-full active range of motion of the left knee. There is no obvious crepitance or any locking or catching.
   In regards to his ankle, he had tenderness to palpation at the area of the posterior tibial tendon just inferior to the medial malleolus, however, he is able to perform a single-leg heel rise and has no pain with resisted hindfoot inversion. He also experiences pain along the anterolateral aspect of the ankle in the area of the ATFL that extends proximally up the syndesmosis. He can otherwise dorsiflex, plantarflex, invert and evert the foot with good strength. Sensation is intact to light touch throughout and he has a 2+ DP pulse. He has a



# ORTHOPÆDIC
### ASSOCIATES OF SOUTH BROWARD, P.A.

COAKLEY, CHARLES

Progress Notes: CHRISTOPHER L. Hubbard. MD

## Current Medications
**Not-Taking**
- Percocet 5-325 MG Tablet 1 to 2 tablet as needed Orally every 4- 6 hrs
- Mobic 7.5 MG Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
Medical History Verified..

## Surgical History
Denies Past Surgical History

## Family History
Father: alive
Mother: alive
Paternal Grand Father: alive
Paternal Grand Mother: alive

## Social History
Tobacco Use:
Tobacco Use/Smoking  Are you a nonsmoker.

## Allergies
N.K.D.A.

## Hospitalizations and/or Diagnostic Procedures
Denies Past Hospitalization

## Reason for Appointment
1. *ANKLE PAIN LEFT, *KNEE PAIN LEFT

## History of Present Illness
New symptom(s):
The patient is a 29-year-old man whom I previously treated in the past for left patellar chondromalacia. He had an injury that was back in 2013 when he was bitten by a police dog on his left knee. He had an MRI which revealed patellar chondromalacia. I sent him to physical therapy but unfortunately, the patient was never able to go. He was then admitted to the hospital back in January 2015 for a left elbow abscess after he was stabbed by a crack pipe. I did not know it was a crack pipe at the time. He underwent bedside I&D of the left elbow. Recently, the patient states that he was bitten by another police dog back in July this time at the left ankle. He states that he was bitten and the dog shook its head. As it did, he states that he felt something pop. He went to the hospital and reportedly was given antibiotics but he does not remember which ones. Since then, he has had continued pain at the left ankle. He states it is present. He experiences is mainly whenever he is walking and putting weight on the left foot. The pain is located at the anterolateral aspect of the ankle and radiates down to the lateral ankle. He also has pain at the posterior medial aspect of the ankle over the posterior tibial tendon. He states for time to time, he will feel as if something is popping inside the ankle. He thinks that there is definitely some sort of ligamentous injury. He denies any recent fevers or chills. He does feel as if his left ankle will give out on him and he states that every time he tries to turn, he describes his left ankle twisting in giving out on him.

## Vital Signs
Ht 70 in, Wt 150 lbs, BMI 21.52 Index.

## Examination
CQM Exceptions:
On exam, the patient is alert and appears in no acute distress. He ambulates with a minimally antalgic gait in regular shoes.
Focused examination of left lower extremity reveals the numerous healed puncture wounds and lacerations about the left knee as well as the left ankle. He has near full active range of motion of the left knee as well as the ankle. He demonstrates 4 out of 5 strength with ankle

dorsiflexion, plantarflexion, inversion, and eversion. There is some limitations with resisted hindfoot inversion secondary to complaints of pain as well as eversion. Sensation is grossly intact to light touch throughout. He does have somewhat of a positive Tinel's sign in the area the superficial peroneal nerve about 10 cm proximal to the lateral malleolus. Otherwise he has no issues with his deep peroneal, or plantar nerves. He has a mildly positive anterior drawer as compared to the contralateral side. He has a 2+ dorsalis pedis pulse.

Assessments

1. Left ankle instability - M25.372 (Primary)
2. Chondromalacia of left patella - M22.42

The patient is a 29-year-old man who sustained the above-mentioned injuries. Now his ankle seems to bother him more so in combination with his left knee. I've explained that are not sure there is good. Be very much that we can do for the left knee but I would recommend him going to physical therapy. He has requested an MRI of his left ankle. In light of his subjective instability, I think this is reasonable. We will obtain an MRI of the left ankle at that followup afterwards. Based on the findings of the MRI, we will then determine what kind of therapy or treatment he will require. He has requested for pain medication. I stated that I cannot do that for him, but we will refer him to pain management for this.
Please note: The above has been made using voice recognition software. Although attempts are made to correct any grammatical, spelling, or other errors, some may still remain overlooked, despite my best efforts.

Treatment

**1. Left ankle instability**
    IMAGING: MRI : Ankle, left w/o contrast

**2. Chondromalacia of left patella**
Referral To:Pain Medicine
            Reason:evaluate for chronic left knee pain

**after MRI**