UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-62328-GAYLES/STRAUSS

**LECHARLES RASHAD COAKLEY,**

    Plaintiff,

v.

**CITY OF HOLLYWOOD,**

    Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

**THIS MATTER** is before the Court upon the Order to Show Cause [DE 102], entered on January 4, 2021. Plaintiff filed his First Amended Complaint [DE 55] on August 19, 2020, asserting claims against five Defendants: the City of Hollywood, Brayan Kalish ("Kalish"), Steven Kastner ("Kastner"), Christopher Alban ("Alban"), and Michael MacKay ("MacKay"). Upon Plaintiff's Notice of Voluntary Dismissal [DE 62], the Court previously dismissed Kastner, Alban, and MacKay from this case [DE 63]. As to the two remaining Defendants, the City of Hollywood was previously served with process; however, the record does not reflect that Kalish has ever been served. In fact, no summons was ever issued to Kalish because Plaintiff failed to comply with related notices issued by the Clerk [DE 57, 58].

Pursuant to Fed. R. Civ. P. 4(m):

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a

---

[1] This case has been referred to me address all pretrial matters in accordance with 28 U.S.C. § 636 and the Magistrate Judge Rules of the Local Rules for the Southern District of Florida [DE 81].

specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, I entered the Order to Show Cause [DE 102], ordering Plaintiff to file, on or before January 19, 2021, a written response to show cause why this case should not be dismissed without prejudice as to Defendant Kalish. However, Plaintiff has failed to file any response or to take any action in response to the Order to Show Cause. Therefore, in accordance with Rule 4(m), I respectfully **RECOMMEND** that this case be **DISMISSED without prejudice** as to Defendant Brayan Kalish.

The parties will have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with the Honorable Darrin P. Gayles, United States District Judge. Failure to timely file objections shall bar the parties from a *de novo* determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report except upon grounds of plain error if necessary in the interest of justice. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1.

**The Clerk shall mail a copy of this Report and Recommendation to Plaintiff, LeCharles Rashad Coakley, at 2020 Scott Street, Hollywood, FL 33020.**

**DONE AND SUBMITTED** in Fort Lauderdale, Florida, this 22nd day of January 2021.

Jared M. Strauss
United States Magistrate Judge