UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-cv-62328-GAYLES/STRAUSS

LECHARLES RASHAD COAKLEY,

    Plaintiff,

v.

CITY OF HOLLYWOOD,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court on the Plaintiff's Motion to Reopen Case, Motion to Order the City of Hollywood to Pay, [ECF No. 178]; (2) Motion to Reopen Case, [ECF No. 180]; and (3) Motion to Accept Payment in Full Offered at Mediation in Videos, [ECF No. 181] (collectively, the "Motions"). The Motions were referred to Magistrate Judge Strauss pursuant to 28 U.S.C. § 636(b)(1)(B). [ECF No. 183]. On October 4, 2024, Judge Strauss issued his report recommending that the Motions as well as Plaintiff's subsequently filed Motion to Compel, [ECF No. 184], be denied (the "Report"). [ECF No. 185]. Plaintiff timely objected to the Report. [ECF No. 187].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint*

*Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Upon *de novo* review, the Court agrees with Judge Strauss' well-reasoned analysis and conclusion that Defendant's Motions and his Motion to Compel, [ECF No. 184], be denied for lack of jurisdiction. Plaintiff's second Motion to Compel, [ECF No. 186], is also denied for that same reason.

## CONCLUSION

After careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Magistrate Judge Strauss' Report and Recommendation, [ECF No. 185], is **ADOPTED in full**;

(2) Plaintiff's Motion to Reopen Case, Motion to Order the City of Hollywood to Pay [ECF No. 178]; (2) Motion to Reopen Case [ECF No. 180]; (3) Motion to Accept Payment in Full Offered at Mediation in Videos [ECF No. 181]; (4) Motion to Compel [ECF No. 184]; and (5) Motion to Compel [ECF No. 186] are **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of November, 2024.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE